**Appeal Reinstated, Motion Granted, Appeal Dismissed, and Memorandum Opinion filed April 29, 2021.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-20-00618-CV

---

## FLUID POWER EQUIPMENT, INC., PEERLESS ENTERPRISES & ROBERT NOBLE SHELL, Appellants

### V.

## DEBORAH P. WILSON, AS INDEPENDENT EXECUTRIX FOR THE ESTATE OF JOHN WILLIAM WILSON, Appellee

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2015-67171**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed June 25, 2020. The appeal was abated on November 17, 2020. On April 20, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. We reinstate the appeal, grant the motion, and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.